Otto STRAEHLER, Appellant,

v.

Herbert BROWNELL, Jr., Attorney General of the United States, Appellee.

No. 13605.

United States Court of Appeals District of Columbia Circuit.

Argued May 15, 1957.

Decided June 13, 1957.

§ 34(e), to review the Attorney General's partial disallowance of a debt claim asserted against property vested under the Act. The plaintiff appeals from a summary judgment for the defendant. We find no error affecting substantial rights.

Affirmed.